**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re: 17-10632-FJB ) | Chapter 13    Proceeding |
| ) | |
| **David M McCann** ) | |
| Debtor ) | |
| ) | |
| **U.S. Bank Trust National Association** | |
| **as trustee of LODGE SERIES IV** ) | |
| **TRUST** | |
| Movant ) | |
| vs. ) | |
| ) | |
| **David M McCann** ) | |
| **and  Carolyn Bankowski-13-12 ,** ) | |
| **Trustee** | |
| Respondent ) | June 3, 2020 |

**ASSENTED TO MOTION FOR CONTINUANCE OF HEARING**

Now comes Creditor, U.S. Bank Trust National Association as trustee of LODGE SERIES IV TRUST, successor in interest to Specialized Loan Servicing as servicing agent for InSolve Global Credit Fund III, L.P. for the benefit of Lodge Series IV Trust by and through its undersigned counsel, and respectfully requests that the telephonic hearing on its Certificate of Non-Compliance regarding Stipulation scheduled for June 5, 2020 be continued at least 30 days so it may board and review the post-petition payment records of the prior servicer of the loan.   The Debtor through counsel has assented to the proposed continuance.

WHEREFORE, Counsel requests that this Honorable Court grant this Motion.

By */s/ Andrew S. Cannella*
Andrew S. Cannella

                              The Movant's Attorney
BBO #680572
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT 06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of June, 2020, a copy of the foregoing was served to the following:

David M McCann
Debtor
69 Wood Street
Woburn, MA 01801
*Via First Class Mail*

Carolyn Bankowski-13-12, Esq.
Trustee
*Via Electronic Notice of Filing*

Sean Timothy Hennigan , Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

By */s/ Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
BBO #680572
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
E-Mail: BKECF@bmpc-law.com