Dated: 12/1/2020

Granted.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (Boston)

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-10632-FJB |
| **David M McCann** | ) | **Chapter 13 Proceeding** |
| **Debtor** | ) | 11/17/2020 |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY
## AND FOR SUBSTITUTION OF COUNSEL

NOW COMES Richard T. Mulligan, Esquire, of the firm of Bendett & McHugh, P.C. and hereby moves that, subject to the approval of the Court, the appearance of Richard T. Mulligan, Esq. be substituted for that of Alicia C. Bianco, Esquire, as counsel of record for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. Vest REO after sale in Dwelling Properties IV, LLC.

As successor counsel is contemporaneously herewith entering his/her appearance, movant would ask that he/she be exempt from the requirements of MLBR 9010-3(b) which would require him/her to serve the order permitting this