

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

DAVID M. MCCANN,
   Debtor

Ch. 13

17-10632-JEB

### Order

**MATTER:**

Response to Notice of Final Cure Payment Rule 3002.1 Re: Proof of Claim # 1 filed by Creditor U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust has filed its response to the Chapter 13 Trustee's Notice of Final Cure Payment, which response indicates outstanding post-petition arrears. If the Debtor disputes the response or seeks other relief, the Debtor shall, by **August 26, 2022**, file a motion pursuant to Fed. R. Bankr. P. 3002.1(h), serve the motion on the holder of the claim and the Chapter 13 trustee, and file a certificate of such service.

Dated: 8/5/2022

By the Court,

*/s/ Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge