**Fill in this information to identify the case:**

Debtor 1    David M McCann

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of __MA__
                                                                 (State)

Case number    17-10632-FJB

# Form 4100R

## Response to Notice of Final Cure Payment        10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of creditor:**    U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

**Court claim no.** (if known): _____ 1

**Last 4 digits** of any number you use to identify the debtor's account:    8   3   0   9   ____

**Property address:**    69 Wood Street
                          Number      Street

                        Woburn, MA 10801
                        City                State     ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____/_____/_____
                                                        MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:           (a) $   33,042.35

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total.** Add lines a and b.                  (c) $   33,042.35

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    01/01/2022
                                                   mm / DD /YYYY

David M McCann

Debtor 1 _____     Case number *(if known)*  17-10632-FJB
       First Name     Middle Name        Last Name

---

| Part 4: | Itemized Payment History |
|---------|--------------------------|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

       x  all payments received;

       x all fees, costs, escrow, and expenses assessed to the mortgage; and

       **x** all amounts the creditor contends remain unpaid.

---

| Part 5: | Sign Here |
|---------|-----------|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Richard T. Mulligan                                        8/5/2022

X  _____              Date  _____
        Signature

Print    Richard T. Mulligan    BBO #567602              Title: Attorney
        First Name        Middle Name        Last Name

Company    Bendett & McHugh, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address    270 Farmington Avenue, Suite 151
        Number            Street

        Farmington                    CT    06032
        City                          State    ZIP Code

Contact phone    (860)677-2868              E-Mail bkecf@bmpc-law.com

---



| PAYMENT CHANGES | | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 07/01/13 | 1,400.87 | 408.15 | 1,809.02 | Pre-Petition |
| 03/01/17 | 1,400.87 | 523.54 | 1,924.41 | Payment listed in POC |
| 11/01/17 | 1,400.87 | 549.05 | 1,949.92 | NOPC filed with the court |
| 11/01/18 | 1,400.87 | 523.61 | 1,924.48 | NOPC filed with the court |
| 11/01/19 | 1,400.87 | 514.15 | 1,915.02 | NOPC filed with the court |
| 09/01/20 | 1,400.87 | 584.37 | 1,985.24 | NOPC filed with the court |
| 09/01/21 | 1,400.87 | 575.76 | 1,976.63 | NOPC filed with the court |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |

| | |
|---|---|
| Loan# | |
| Borrower: | MCCANN, DAVID |
| Date Filed: | 2/27/2017 |
| BK Case # | 3/1/2017 |
| First Post Petition Due Date: | 17-10632 |
| POC covers: | 07/01/2013 - 02/01/2017 |
| MOD EFFECTIVE DATE: | N/A |

| Date | Amount Recv'd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | TRUSTEE APO PAID TO DATE | DEBTOR APO PAID TO DATE | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | | | $0.00 | |
| 3/30/2017 | $1,924.41 | Post | 3/1/17 | 7/1/13 | $1,924.41 | $0.00 | | | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 5/11/2017 | $1,924.41 | Post | 4/1/17 | 8/1/13 | $1,924.41 | $0.00 | | | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 6/30/2017 | $1,924.41 | Post | | | | $1,924.41 | $1,924.41 | | $1,924.41 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 7/6/2017 | -$1,924.41 | NSF | | | | -$1,924.41 | | $1,924.41 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 7/24/2017 | $3,848.82 | Post | 5/1/17 | 9/1/13 | $1,924.41 | $1,924.41 | $1,924.41 | | $1,924.41 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| | | Post | 6/1/17 | 10/1/13 | $1,924.41 | -$1,924.41 | | $1,924.41 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 9/21/2017 | $3,848.82 | Post | 7/1/17 | 11/1/13 | $1,924.41 | $1,924.41 | $1,924.41 | | $1,924.41 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| | | Post | 8/1/17 | 12/1/13 | $1,924.41 | -$1,924.41 | | $1,924.41 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 11/9/2017 | $3,000.00 | Post | 9/1/17 | 1/1/14 | $1,924.41 | $1,075.59 | $1,075.59 | | $1,075.59 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 11/16/2017 | $1,000.00 | Post | 10/1/17 | 2/1/14 | $1,924.41 | -$924.41 | | $924.41 | $151.18 | $0.00 | $0.00 | | | | $0.00 | $0.00 |
| 12/7/2017 | $10,395.97 | Pre | | 3/1/14 | | $10,395.97 | | | $151.18 | $0.00 | $0.00 | 7/1/2013 | $10,395.97 | $1,809.02 | $8,586.95 | $10,395.97 |
| | | Pre | | 4/1/14 | | $0.00 | | | $151.18 | $0.00 | $0.00 | 8/1/2013 | | $1,809.02 | $6,777.93 | $10,395.97 |
| | | Pre | | 5/1/14 | | $0.00 | | | $151.18 | $0.00 | $0.00 | 9/1/2013 | | $1,809.02 | $4,968.91 | $10,395.97 |
| | | Pre | | 6/1/14 | | $0.00 | | | $151.18 | $0.00 | $0.00 | 10/1/2013 | | $1,809.02 | $3,159.89 | $10,395.97 |
| | | Pre | | 7/1/14 | | $0.00 | | | $151.18 | $0.00 | $0.00 | 11/1/2013 | | $1,809.02 | $1,350.87 | $10,395.97 |
| 1/7/2018 | $988.00 | Pre | | 8/1/14 | | $988.00 | | | $151.18 | $0.00 | $0.00 | 12/1/2013 | $988.00 | $1,809.02 | $529.85 | $11,383.97 |
| 1/25/2018 | $2,000.00 | Post | 11/1/17 | 9/1/14 | $1,949.92 | $50.08 | $50.08 | | $201.26 | $0.00 | $0.00 | | | | $529.85 | $11,383.97 |
| 2/2/2018 | $6,000.00 | Post | 12/1/17 | 10/1/14 | $1,949.92 | $4,050.08 | $4,050.08 | | $4,251.34 | $0.00 | $0.00 | | | | $529.85 | $11,383.97 |
| | | Post | 1/1/18 | 11/1/14 | $1,949.92 | -$1,949.92 | | $1,949.92 | $2,301.42 | $0.00 | $0.00 | | | | $529.85 | $11,383.97 |
| | | Post | 2/1/18 | 12/1/14 | $1,949.92 | -$1,949.92 | | $1,949.92 | $351.50 | $0.00 | $0.00 | | | | $529.85 | $11,383.97 |
| 2/7/2018 | $988.00 | Pre | | 1/1/15 | | $988.00 | | | $351.50 | $0.00 | $0.00 | | $988.00 | | $1,517.85 | $12,371.97 |
| 3/28/2018 | $967.00 | Pre | | 1/1/15 | | $967.00 | | | $351.50 | $0.00 | $0.00 | 1/1/2014 | $967.00 | $1,809.02 | $675.83 | $13,338.97 |
| 4/16/2018 | $967.00 | Pre | | | | $967.00 | | | $351.50 | $0.00 | $0.00 | | $967.00 | | $1,642.83 | $14,305.97 |
| 5/14/2018 | $728.00 | Pre | | 2/1/15 | | $728.00 | | | $351.50 | $0.00 | $0.00 | 2/1/2014 | $728.00 | $1,809.02 | $561.81 | $15,033.97 |
| 6/22/2018 | $728.00 | Pre | | | | $728.00 | | | $351.50 | $0.00 | $0.00 | | $728.00 | | $1,289.81 | $15,761.97 |
| 7/30/2018 | $1,456.00 | Pre | | 3/1/15 | | $1,456.00 | | | $351.50 | $0.00 | $0.00 | 3/1/2014 | $1,456.00 | $1,809.02 | $936.79 | $17,217.97 |
| 7/31/2018 | $2,500.00 | Post | 3/1/18 | 4/1/15 | $1,949.92 | $550.08 | $550.08 | | $901.58 | $0.00 | $0.00 | | | | $936.79 | $17,217.97 |
| 8/13/2018 | $728.00 | Pre | | 5/1/15 | | $728.00 | | | $901.58 | $0.00 | $0.00 | | $728.00 | | $1,664.79 | $17,945.97 |
| Post Due | | | 4/1/18 | | $1,949.92 | -$1,949.92 | | $1,949.92 | -$1,048.34 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| Post Due | | | 5/1/18 | | $1,949.92 | -$1,949.92 | | $1,949.92 | -$2,998.26 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| Post Due | | | 6/1/18 | | $1,949.92 | -$1,949.92 | | $1,949.92 | -$4,948.18 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| Post Due | | | 7/1/18 | | $1,949.92 | -$1,949.92 | | $1,949.92 | -$6,898.10 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| Post Due | | | 8/1/18 | | $1,949.92 | -$1,949.92 | | $1,949.92 | -$8,848.02 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| | $709.39 To be paid on or before 09/15/2018 | | | | $709.39 | $709.39 | $709.39 | | -$8,138.63 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| | | | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| 8/28/2018 | APO Entered, See Details on APO #1 tab. $8,138.63 arrears added to plan, Brrw resume payment 09/201 | | | | | $0.00 | | | $0.00 | | | | | | $1,664.79 | $17,945.97 |
| 9/4/2018 | $1,950.00 | Post | 9/1/18 | | $1,949.92 | $0.08 | $0.08 | | $0.08 | $0.00 | $0.00 | | | | $1,664.79 | $17,945.97 |
| 9/20/2018 | $1,820.00 | Pre | | 6/1/15 | | $1,820.00 | | | $0.08 | $0.00 | $0.00 | 4/1/2014 | $1,820.00 | $1,809.02 | $1,675.77 | $19,765.97 |
| 10/5/2018 | $1,290.61 | Post | | | | $1,290.61 | $1,290.61 | | $1,290.69 | $0.00 | $0.00 | | | | $1,675.77 | $19,765.97 |
| 10/5/2018 | $709.39 | APO | APO Stip Funds Received | | | $709.39 | | | $1,290.69 | $0.00 | $0.00 | | | | $1,675.77 | $19,765.97 |
| 11/9/2018 | $1,925.00 | Post | 10/1/18 | 7/1/15 | $1,949.92 | -$24.92 | | $24.92 | $1,265.77 | $0.00 | $0.00 | 5/1/2014 | $1,925.00 | $1,809.02 | $1,675.77 | $19,765.97 |
| 1/23/2019 | $2,928.08 | Pre | | 8/1/15 | | $2,928.08 | | | $1,265.77 | $0.00 | $0.00 | 5/1/2014 | $2,928.08 | $1,809.02 | $2,794.83 | $22,694.05 |
| | | Pre | | 9/1/15 | | $0.00 | | | $1,265.77 | $0.00 | $0.00 | 6/1/2014 | | $1,809.02 | $985.81 | $22,694.05 |
| 2/1/2019 | $1,950.00 | Post | 11/1/18 | 10/1/15 | $1,924.48 | $25.52 | $25.52 | | $1,291.29 | $0.00 | $0.00 | | | | $985.81 | $22,694.05 |
| 2/15/2019 | $667.26 | Pre | | | | $667.26 | | | $1,291.29 | $0.00 | $0.00 | | $667.26 | | $1,653.07 | $23,361.31 |
| 2/22/2019 | $1,950.00 | Post | 12/1/18 | 11/1/15 | $1,924.48 | $25.52 | $25.52 | | $1,316.81 | $0.00 | $0.00 | | | | $1,653.07 | $23,361.31 |
| 3/14/2019 | $1,327.78 | Pre | | 12/1/15 | | $1,327.78 | | | $1,316.81 | $0.00 | $0.00 | 7/1/2014 | $1,327.78 | $1,809.02 | $1,171.83 | $24,689.09 |
| 4/16/2019 | $993.76 | Pre | | 1/1/16 | | $993.76 | | | $1,316.81 | $0.00 | $0.00 | 8/1/2014 | $993.76 | $1,809.02 | $356.57 | $25,682.85 |
| 5/16/2019 | $1,001.63 | Pre | | | | $1,001.63 | | | $1,316.81 | $0.00 | $0.00 | | $1,001.63 | | $1,358.20 | $26,684.48 |
| 5/16/2019 | $2,545.49 | APO | | 2/1/16 | | $2,545.49 | | | $1,316.81 | $2,545.49 | $0.00 | | | | $1,358.20 | $26,684.48 |
| | | APO | | | | $0.00 | | | $1,316.81 | $2,545.49 | $0.00 | | | | $1,358.20 | $26,684.48 |
| 6/14/2019 | $996.71 | Pre | | 4/1/16 | | $996.71 | | | $1,316.81 | $2,545.49 | $0.00 | 9/1/2014 | $996.71 | $1,809.02 | $545.89 | $27,681.19 |
| 6/14/2019 | $95.29 | APO | | | | $95.29 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Post Due | | | 1/1/19 | | $1,924.48 | -$1,924.48 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Post Due | | | 2/1/19 | | $1,924.48 | -$1,924.48 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Post Due | | | 3/1/19 | | $1,924.48 | -$1,924.48 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Post Due | | | 4/1/19 | | $1,924.48 | -$1,924.48 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Post Due | | | 5/1/19 | | $1,924.48 | -$1,924.48 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Post Due | | | 6/1/19 | | $1,924.48 | -$1,924.48 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Motion for Relief Fees | | | | | $1,231.00 | -$1,231.00 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Attorney Fees & Costs | | | | | $1,240.53 | -$1,240.53 | | | $1,316.81 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Suspense Balance | | | | | | -$1,316.81 | $1,316.81 | | $0.00 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| Total Amount Due | | | | | $12,701.60 | -$12,701.60 | | | $0.00 | $2,640.78 | $0.00 | | | | $545.89 | $27,681.19 |
| 7/16/2019 | APO Entered, See Details on APO #2 tab.  resume 7/1/19 w AO 1450.27 | | | | | $0.00 | | | $0.00 | $2,640.78 | $5,316.81 | | | | $545.89 | $27,681.19 |
| APO Down Payment | $4,000.00 | APO | | 5/1/16 | | $4,000.00 | | | $0.00 | $2,640.78 | $5,316.81 | 10/1/2014 | $1,328.94 | $1,809.02 | $65.81 | $29,010.13 |

| Date/Desc | Amount | Type | Date1 | Date2 | Amt1 | Amt2 | Amt3 | Amt4 | Amt5 | Amt6 | Amt7 | Amt8 | Date3/Amt | Amt9 | Amt10 | Amt11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APO Down Payment | | APO | | 6/1/16 | | $0.00 | | $0.00 | | | $2,640.78 | $5,316.81 | | | $65.81 | $29,010.13 |
| 7/25/2019 | $1,328.94 | Pre | | 7/1/16 | | $1,328.94 | | $0.00 | | | $2,640.78 | $5,316.81 | | | $65.81 | $29,010.13 |
| 7/25/2019 | $127.06 | APO | | | | $127.06 | | $0.00 | | | $2,767.84 | $5,316.81 | | | $65.81 | $29,010.13 |
| 8/6/2019 | $9,000.00 | Post | 7/1/19 | 8/1/16 | $1,924.48 | $7,075.52 | $7,075.52 | | | | $2,767.84 | $5,316.81 | | | $65.81 | $29,010.13 |
| 8/6/2019 | | Post | 8/1/19 | 7/1/16 | $1,924.48 | -$1,924.48 | | $1,924.48 | | | $5,151.04 | $5,316.81 | | | $65.81 | $29,010.13 |
| APO July Payment | | APO | AO 7/1/19 | 8/1/16 | | $0.00 | | $1,450.27 | | | $3,700.77 | $6,767.08 | | | $65.81 | $29,010.13 |
| APO Aug Payment | | APO | AO 8/1/19 | 9/1/16 | | $0.00 | | $1,450.27 | | | $2,250.50 | $8,217.35 | | | $65.81 | $29,010.13 |
| 8/6/2019 | | Post | 9/1/19 | 10/1/16 | $1,924.48 | -$1,924.48 | | $1,924.48 | | | $326.02 | $2,767.84 | $8,217.35 | | | $65.81 | $29,010.13 |
| 8/14/2019 APO Sept pmt | $2,000.00 | APO | AO 9/1/19 | 11/1/16 | | $2,000.00 | $2,000.00 | $1,450.27 | | | $875.75 | $2,767.84 | $9,667.62 | | $65.81 | $29,010.13 |
| 8/23/2019 | $63.53 | APO | | | | $63.53 | | | | | $875.75 | $2,831.37 | $9,667.62 | | $65.81 | $29,010.13 |
| 8/23/2019 | $664.47 | Pre | | | | $664.47 | | | | | $875.75 | $2,831.37 | $9,667.62 | $664.47 | $730.28 | $29,674.60 |
| 9/20/2019 | $129.85 | APO | | | | $129.85 | | | | | $875.75 | $2,961.22 | $9,667.62 | | $730.28 | $29,674.60 |
| 9/20/2019 | $1,358.15 | Pre | | 12/1/16 | | $1,358.15 | | | | | $875.75 | $2,961.22 | $9,667.62 | 11/1/2014 $1,358.15 $1,809.02 | $279.41 | $31,032.75 |
| 10/17/2019 | $138.92 | APO | | | | $138.92 | | | | | $875.75 | $3,100.14 | $9,667.62 | | $279.41 | $31,032.75 |
| 10/17/2019 | $1,453.08 | Pre | | 10/1/16 | | $1,453.08 | | | | | $875.75 | $3,100.14 | $9,667.62 | | $1,732.49 | $32,485.83 |
| 11/5/2019 | $2,000.00 | Post | 10/1/19 | 1/1/17 | $1,924.48 | $75.52 | $75.52 | | | | $951.27 | $3,100.14 | $9,667.62 | | $1,732.49 | $32,485.83 |
| 11/15/2019 | $1,353.55 | Pre | | 2/1/17 | | $1,353.55 | | | | | $951.27 | $3,228.59 | $9,667.62 | 12/1/2014 $1,343.55 $1,809.02 | $1,267.02 | $33,829.38 |
| 11/15/2019 | $128.45 | APO | | | | $128.45 | | | | | $951.27 | $3,228.59 | $9,667.62 | | $1,267.02 | $33,829.38 |
| 12/19/2019 | $1,343.55 | Pre | | 3/1/17 | | $1,343.55 | $75.52 | | | | $1,026.79 | $3,357.04 | $9,667.62 | 1/1/2015 $1,343.55 $1,809.02 | $801.55 | $35,172.93 |
| 12/19/2019 | $128.45 | APO | | | | $128.45 | | | | | $1,026.79 | $3,357.04 | $9,667.62 | | $801.55 | $35,172.93 |
| 1/14/2020 | $2,000.00 | Post | 11/1/19 | 4/1/17 | $1,915.02 | $84.98 | $84.98 | | | | $1,111.77 | $3,357.04 | $9,667.62 | | $801.55 | $35,172.93 |
| 1/29/2020 | $1,343.55 | Pre | | 5/1/17 | | $1,343.55 | | | | | $1,111.77 | $3,357.04 | $9,667.62 | 2/1/2015 $1,343.55 $1,809.02 | $336.08 | $36,516.48 |
| 1/29/2020 | $128.45 | APO | | | | $128.45 | | | | | $1,111.77 | $3,485.49 | $9,667.62 | | $336.08 | $36,516.48 |
| 2/21/2020 | $1,343.55 | Pre | | | | $1,343.55 | | | | | $1,111.77 | $3,485.49 | $9,667.62 | $1,343.55 | $1,679.63 | $37,860.03 |
| 2/21/2020 | $128.45 | APO | | | | $128.45 | | | | | $1,111.77 | $3,613.94 | $9,667.62 | | $1,679.63 | $37,860.03 |
| 2/25/2020 | $4,000.00 | Post | 12/1/19 | 6/1/17 | $1,915.02 | $2,084.98 | $2,084.98 | | | | $3,196.75 | $3,613.94 | $9,667.62 | | $1,679.63 | $37,860.03 |
| 2/25/2020 | | Post | 1/1/20 | 7/1/17 | $1,915.02 | -$1,915.02 | | $1,915.02 | | | $1,281.73 | $3,613.94 | $9,667.62 | | $1,679.63 | $37,860.03 |
| 4/6/2020 | $96.34 | APO | | | | $96.34 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | | $1,679.63 | $37,860.03 |
| 4/6/2020 | $1,007.66 | Pre | | 8/1/17 | | $1,007.66 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 3/1/2015 $1,007.66 $1,809.02 | $878.27 | $38,867.69 |
| 7/22/2020 | $12,261.71 | Pre | | 9/1/17 | | $12,261.71 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 4/1/2015 $12,261.71 $1,809.02 | $11,330.96 | $51,129.40 |
| 7/22/2020 | | | | 10/1/17 | | $0.00 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 5/1/2015 $1,809.02 | $9,521.94 | $51,129.40 |
| 7/22/2020 | | | | 11/1/17 | | $0.00 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 6/1/2015 $1,809.02 | $7,712.92 | $51,129.40 |
| 7/22/2020 | | | | 12/1/17 | | $0.00 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 7/1/2015 $1,809.02 | $5,903.90 | $51,129.40 |
| 7/22/2020 | | | | 1/1/18 | | $0.00 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 8/1/2015 $1,809.02 | $4,094.88 | $51,129.40 |
| 7/22/2020 | | | | 2/1/18 | | $0.00 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 9/1/2015 $1,809.02 | $2,285.86 | $51,129.40 |
| 7/22/2020 | | | | 3/1/18 | | $0.00 | | | | | $1,281.73 | $3,710.28 | $9,667.62 | 10/1/2015 $1,809.02 | $476.84 | $51,129.40 |
| 7/22/2020 | $1,172.29 | APO | | 4/1/18 | | $1,172.29 | | | | | $1,281.73 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/11/2020 | $15,842.00 | Post | 2/1/20 | 5/1/18 | $1,915.02 | $13,926.98 | $13,926.98 | | | | $15,208.71 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/11/2020 | | Pre | | 3/1/18 | $1,915.02 | -$1,915.02 | | $1,915.02 | | | $13,293.69 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/11/2020 | | Pre | | 4/1/18 | $1,915.02 | -$1,915.02 | | $1,915.02 | | | $11,378.67 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/11/2020 | | Pre | | 5/1/18 | $1,915.02 | -$1,915.02 | | $1,915.02 | | | $9,463.65 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/11/2020 | | Pre | | 6/1/18 | $1,915.02 | -$1,915.02 | | $1,915.02 | | | $7,548.63 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/11/2020 | | Pre | | 7/1/18 | $1,915.02 | -$1,915.02 | | $1,915.02 | | | $5,633.61 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/12/2020 | | | | | | $0.00 | | | | | $5,633.61 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/12/2020 | $300.00 | Post | AO 10/1/19 | | | $300.00 | $300.00 | | | | $5,933.61 | $4,882.57 | $9,667.62 | | $476.84 | $51,129.40 |
| 8/12/2020 | | APO | AO 11/1/19 | 11/1/18 | | $0.00 | | $1,450.27 | | | $4,483.34 | $4,882.57 | $11,117.89 | | $476.84 | $51,129.40 |
| 8/12/2020 | | APO | AO 11/1/19 | 11/1/18 | | $0.00 | | $1,450.26 | | | $3,033.08 | $4,882.57 | $12,568.15 | | $476.84 | $51,129.40 |
| 8/12/2020 | | APO | AO 12/1/19 | 12/1/18 | | $0.00 | | $1,450.26 | | | $1,582.82 | $4,882.57 | $14,018.41 | | $476.84 | $51,129.40 |
| 8/21/2020 | $1,642.93 | Pre | | | | $1,642.93 | | $272.09 | | | $1,310.73 | $4,882.57 | $14,018.41 | $1,642.93 | $2,119.77 | $52,772.33 |
| 9/23/2020 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,310.73 | $4,882.57 | $14,018.41 | $1,314.34 | $3,434.11 | $54,086.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,310.73 | $4,882.57 | $14,018.41 | $125.66 | $3,559.77 | $54,212.33 |
| 10/8/2020 | $2,000.00 | Post | 8/1/20 | 1/1/19 | $1,915.02 | $84.98 | $84.98 | | | | $1,395.71 | $4,882.57 | $14,018.41 | | $3,559.77 | $54,212.33 |
| 10/14/2020 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,395.71 | $4,882.57 | $14,018.41 | $1,314.34 | $4,874.11 | $55,526.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,395.71 | $4,882.57 | $14,018.41 | $125.66 | $4,999.77 | $55,652.33 |
| 11/13/2020 | $2,000.00 | Post | 9/1/20 | 2/1/19 | $1,985.24 | $14.76 | $14.78 | | | | $1,410.49 | $4,882.57 | $14,018.41 | | $4,999.77 | $55,652.33 |
| 11/16/2020 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,410.49 | $4,882.57 | $14,018.41 | $1,314.34 | $6,314.11 | $56,966.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,410.49 | $4,882.57 | $14,018.41 | $125.66 | $6,439.77 | $57,092.33 |
| 12/15/2020 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,410.49 | $4,882.57 | $14,018.41 | $1,314.34 | $7,754.11 | $58,406.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,410.49 | $4,882.57 | $14,018.41 | $125.66 | $7,879.77 | $58,532.33 |
| 12/17/2020 | $1,986.00 | Post | 10/1/20 | 3/1/19 | $1,985.24 | $0.76 | $0.76 | | | | $1,411.25 | $4,882.57 | $14,018.41 | | $7,879.77 | $58,532.33 |
| 1/20/2021 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,314.34 | $9,194.11 | $59,846.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $125.66 | $9,319.77 | $59,972.33 |
| 2/16/2021 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,314.34 | $10,634.11 | $61,286.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $125.66 | $10,759.77 | $61,412.33 |
| 3/23/2021 | $1,314.34 | Pre | | | | $1,314.34 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,314.34 | $12,074.11 | $62,726.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $125.66 | $12,199.77 | $62,852.33 |
| 4/14/2021 | $1,313.34 | Pre | | | | $1,313.34 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,313.34 | $13,513.11 | $64,165.67 |
| | $125.66 | Pre | | Contractual | 4/1/19 | $125.66 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $125.66 $1,809.02 | $11,829.75 | $64,291.33 |
| | | Contractual | 5/1/19 | | $0.00 | | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,809.02 | $10,020.73 | $64,291.33 |
| | | Contractual | 6/1/19 | | $0.00 | | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,809.02 | $8,211.71 | $64,291.33 |
| | | Contractual | 7/1/19 | | $0.00 | | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,809.02 | $6,402.69 | $64,291.33 |
| | | Contractual | 8/1/19 | | $0.00 | | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,809.02 | $4,593.67 | $64,291.33 |
| | | Contractual | 9/1/19 | | $0.00 | | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,809.02 | $2,784.65 | $64,291.33 |
| | | Contractual | 10/1/19 | | $0.00 | | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,809.02 | $975.63 | $64,291.33 |
| 5/17/2021 | $1,642.93 | Pre | | Contractual | 11/1/19 | $1,642.93 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,642.93 | $2,618.56 | $65,934.26 |
| | $157.07 | Pre | | | | $157.07 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $157.07 $1,809.02 | $966.61 | $66,091.33 |
| 6/15/2021 | $1,314.34 | Pre | | Contractual | 12/1/19 | $1,314.34 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,314.34 | $2,280.95 | $67,405.67 |
| | $125.66 | Pre | | | | $125.66 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $125.66 $1,809.02 | $597.59 | $67,531.33 |
| 7/13/2021 | $1,018.61 | Pre | | | | $1,018.61 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,018.61 | $1,616.20 | $68,549.94 |
| | $97.39 | Pre | | | | $97.39 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $97.39 | $1,713.59 | $68,647.33 |
| 8/17/2021 | $1,697.69 | Pre | | Contractual | 1/1/20 | $1,697.69 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $1,697.69 $1,809.02 | $1,602.26 | $70,345.02 |
| | $162.31 | Pre | | | | $162.31 | | | | | $1,411.25 | $4,882.57 | $14,018.41 | $162.31 | $1,764.57 | $70,507.33 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2021 | $1,358.15 | Pre | Contractual | 2/1/20 | | $1,358.15 | | $1,411.25 | $4,882.57 | $14,018.41 | | $1,358.15 | $1,809.02 | $1,313.70 | $71,865.48 |
| | $129.85 | Pre | | | | $129.85 | | $1,411.25 | $4,882.57 | $14,018.41 | | $129.85 | | $1,443.55 | $71,995.33 |
| 10/15/2021 | $1,358.15 | Pre | | | | $1,358.15 | | $1,411.25 | $4,882.57 | $14,018.41 | | $1,358.15 | | $2,801.70 | $73,353.48 |
| 10/19/2021 | $2,000.00 | Post | 11/1/20 | 3/1/20 | $1,985.24 | $14.76 | $14.76 | $1,426.01 | $4,882.57 | $14,018.41 | | | | $2,801.70 | $73,353.48 |
| 11/17/2021 | $2,000.00 | Post | 12/1/20 | 4/1/20 | $1,985.24 | $14.76 | $14.76 | $1,440.77 | $4,882.57 | $14,018.41 | | | | $2,801.70 | $73,353.48 |
| APO 3 entered - 11/1/20-12/1/21 | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $2,801.70 | $73,353.48 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $2,801.70 | $73,353.48 |
| 12/15/2021 | $1,328.95 | pre | | | | $1,328.95 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,328.95 | | $4,130.65 | $74,682.43 |
| | $127.05 | pre | contractual | 5/1/20 | | $127.05 | | $1,440.77 | $4,882.57 | $14,018.41 | | $127.05 | $1,809.02 | $2,448.68 | $74,809.48 |
| | | | contractual | 6/1/20 | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $639.66 | $74,809.48 |
| 1/18/2022 | $1,328.95 | pre | contractual | 7/1/20 | | $1,328.95 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,328.95 | | $1,968.61 | $76,138.43 |
| | $127.05 | pre | | | | $127.05 | | $1,440.77 | $4,882.57 | $14,018.41 | | $127.05 | $1,809.02 | $286.64 | $76,265.48 |
| 2/17/2022 | $158.82 | pre | contractual | 8/1/20 | | $158.82 | | $1,440.77 | $4,882.57 | $14,018.41 | | $158.82 | | $445.46 | $76,424.30 |
| | $1,661.18 | pre | | | | $1,661.18 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,661.18 | $1,809.02 | $297.62 | $78,085.48 |
| 3/15/2022 | $127.05 | pre | | | | $127.05 | | $1,440.77 | $4,882.57 | $14,018.41 | | $127.05 | | $424.67 | $78,212.53 |
| | $1,328.95 | pre | | | | $1,328.95 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,328.95 | | $1,753.62 | $79,541.48 |
| 4/26/2022 | $1,328.95 | pre | | | | $1,328.95 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,328.95 | | $3,082.57 | $80,870.43 |
| | $127.05 | pre | contractual | 9/1/20 | | $127.05 | | $1,440.77 | $4,882.57 | $14,018.41 | | $127.05 | $1,809.02 | $1,400.60 | $80,997.48 |
| 5/18/2022 | $1,372.75 | pre | | | | #REF! | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,372.75 | | $2,773.35 | $82,370.23 |
| | $131.25 | pre | | | | $131.25 | | $1,440.77 | $4,882.57 | $14,018.41 | | $131.25 | $1,809.02 | $1,095.58 | $82,501.48 |
| 6/28/2022 | $164.05 | pre | | | | $164.05 | | $1,440.77 | $4,882.57 | $14,018.41 | | $164.05 | | $1,259.63 | $82,665.53 |
| | $1,715.95 | pre | | | | $1,715.95 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,715.95 | | $2,975.58 | $84,381.48 |
| 7/20/2022 | $1,782.70 | pre | | | | $1,782.70 | | $1,440.77 | $4,882.57 | $14,018.41 | | $1,782.70 | | $4,758.28 | $86,164.18 |
| | $170.44 | pre | | | | $170.44 | | $1,440.77 | $4,882.57 | $14,018.41 | | $170.44 | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 1/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 2/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 3/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 4/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 5/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 6/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 7/1/22 | | $1,976.63 | -$1,976.63 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 2/15/22 APO | | $3,200.99 | -$3,200.99 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 3/15/22 APO | | $3,200.99 | -$3,200.99 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 4/15/22 APO | | $3,200.99 | -$3,200.99 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 5/15/22 APO | | $3,200.99 | -$3,200.99 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 6/15/22 APO | | $3,200.99 | -$3,200.99 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| DUE | | | 5/15/22 APO | | $3,200.99 | -$3,200.99 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |
| | | | | | | $0.00 | | $1,440.77 | $4,882.57 | $14,018.41 | | | | $4,928.72 | $86,334.62 |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**CASE NUMBER: 17-10632-FJB**

**IN RE: David M McCann**

**DEBTOR**

**CHAPTER 13**

## CERTIFICATION OF SERVICE

The undersigned (the "Movant") hereby certifies that on the 5th day of August, 2022, a copy of the Response to Notice of Final Cure Payment was served to the following:

David M McCann
Debtor
69 Wood Street
Woburn, MA 01801
*Via First Class Mail*

Carolyn Bankowski
Trustee
*Via Electronic Notice of Filing*

**Sean Timothy Hennigan**
**Debtor's Attorney**
*Via Electronic Notice of Filing*

**U.S. Trustee**
*Via Electronic Notice of Filing*

By /s/ Richard T. Mulligan
Richard T. Mulligan
BBO #567602
The Creditor's Attorney
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com